1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS E. STEVENS  (CABN 168362)
   Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Fax:  (415) 436-7234
        E-Mail:  Thomas.Stevens@usdoj.gov
8
   Attorney for the United States
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,       )   CR-12-0459 EMC
                                   )
14      Plaintiff,                 )   STIPULATION AND [PR~~OPO~~SED]
                                   )   ORDER EXCLUDING TIME UNDER
15                                 )   THE SPEEDY TRIAL ACT
        v.                         )
16                                 )
                                   )
17 MYRA B. MINKS, TIFFANY T. CONLEY,)
   LETITIA R. MAYS, and ANDREA C.  )
18 MOHR,                           )
                                   )
19      Defendants.                )
                                   )
20 _____  )

21      The above-captioned matter came before the Court on August 29, 2012, for initial status
22 conference.  The United States was represented by AUSA Tom Stevens.  Defendant Minks was
23 represented by Gail Shifman, defendant Conley was represented by Tim Crudo, defendant Mays was
24 represented by Ms. Shifman, specially appearing for Mays' counsel, Brian Berson, and defendant
25 Mohr was represented by Brendan Conroy.  The Court set the case for a further status conference on
26 November 7, 2012.
27      Based upon the discovery produced by the government to the defendants, the Court, during
28

**STIP. AND [PROPOSED] ORDER RE:  STA**
CR-12-0459 EMC

the August 29 status conference, made findings that the time from and including August 29, 2012, (which was the date through which a prior time exclusion ran), through and including November 7, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best interest of the public and defendants in a speedy trial. The findings were based upon the need for the defendants and the government to have reasonable time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties hereby agree, and request, that the exclusion of time described above, be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the needs of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial. This time exclusion will allow counsel for the defendants and the government effectively to prepare, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: August 30, 2012            MELINDA HAAG
                                  United States Attorney


                                        /s
                                  Thomas E. Stevens
                                  Assistant United States Attorney


DATED: August 30, 2012                  /s
                                  Gail Shifman
                                  Counsel to Myra Minks


DATED: August 30, 2012                  /s
                                  Timothy Crudo
                                  Counsel to Tiffany Conley


DATED: August 30, 2012                  /s
                                  Brian Berson
                                  Counsel to Letitia Mays


DATED: August 30, 2012                  /s
                                  Brendan Conroy
                                  Counsel to Andrea Mohr

**STIP. AND [PROPOSED] ORDER RE: STA**
CR-12-0459 EMC                    2

**[PR~~OPO~~SED] ORDER**

IT IS SO ORDERED.

DATED:  August 30, 2012



_____
RICT JUDGE