1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS E. STEVENS  (CABN 168362)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax:  (415) 436-7234
      E-Mail:  Thomas.Stevens@usdoj.gov
8
   Attorney for the United States
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12
13  UNITED STATES OF AMERICA,          )   CR-12-0459 EMC
                                       )
14       Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                       )   ORDER (1) CONTINUING STATUS
15                                     )   CONFERENCE; AND (2) EXCLUDING
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
16                                     )
         v.                            )
17                                     )
                                       )
18  MYRA B. MINKS, TIFFANY T. CONLEY,  )
    LETITIA R. MAYS, and ANDREA C.     )
19  MOHR,                              )
                                       )
20       Defendants.                   )
                                       )
21  _____)

22       WHEREAS, the above-captioned matter came before the Court on August 29, 2012, for

23  status conference. The United States was represented by AUSA Tom Stevens. Defendant Minks

24  was represented by Gail Shifman, defendant Conley was represented by Tim Crudo, defendant Mays

25  was represented by Ms. Shifman, specially appearing for Mays' counsel, Brian Berson, and

26  defendant Mohr was represented by Brendan Conroy. The Court set the case for a further status

27  conference on November 7, 2012.

28

**STIP. AND [PROPOSED] ORDER RE: STATUS CONF. & STA**
CR-12-0459 EMC

1  WHEREAS, on August 30, 2012, this Court entered an order excluding time under the
2  Speedy Trial Act (18 U.S.C. § 3161) through and including November 7, 2012, for effective
3  preparation of counsel.
4  WHEREAS, between August 29 and the date of this filing, the government has made two
5  supplemental productions of discovery material involving over 1,0000 additional pages and/or
6  images, in addition to other electronic-based discovery.
7  NOW THEREFOR, based upon the supplemental discovery produced by the government to
8  the defendants, and in order that counsel for the government may continue to discuss these and other
9  matters with defense counsel, the parties seek (1) to continue the status conference from November
10 7, 2012, to November 28, 2012; and (2) an exclusion of time under the Speedy Trial Act, through
11 and including November 28, 2012, for effective preparation of counsel.
12 SO STIPULATED.

13 DATED: October 30, 2012           MELINDA HAAG
                                     United States Attorney

15                                         /s
                                     Thomas E. Stevens
16                                   Assistant United States Attorney

17
18 DATED: October 30, 2012                 /s
                                     Gail Shifman
                                     Counsel to Myra Minks

20 DATED: October 30, 2012                 /s
                                     Timothy Crudo
21                                   Counsel to Tiffany Conley

22
23 DATED: October 29, 2012                 /s
                                     Brian Berson
                                     Counsel to Letitia Mays

25 DATED: October 29, 2012                 /s
                                     Brendan Conroy
26                                   Counsel to Andrea Mohr

**STIP. AND [PROPOSED] ORDER RE: STATUS CONF. & STA**
CR-12-0459 EMC                            2

**[PROPOSED] ORDER**

Based upon the above stipulation, the Court orders as follows:

1. The status conference is continued from November 7, 2012, to November 28, 2012, at 2:30 p.m.

2. The Court finds that the time from and including the date of this order, through and including November 28, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial. The findings are based upon the need for the defendants and the government to have reasonable time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: October 30, 2012



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE