1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS E. STEVENS  (CABN 168362)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax:  (415) 436-7234
       E-Mail:  Thomas.Stevens@usdoj.gov
8
   Attorney for the United States
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,        )    CR-12-0459 EMC
                                    )
14     Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                    )    ORDER EXCLUDING TIME
15                                  )    UNDER THE SPEEDY TRIAL ACT
                                    )
16     v.                           )
                                    )
17                                  )
   MYRA B. MINKS, TIFFANY T. CONLEY,)
18 LETITIA R. MAYS, and ANDREA C.   )
   MOHR,                            )
19                                  )
       Defendants.                  )
20                                  )
                                    )
21

        WHEREAS, the above-captioned matter came before the Court on November 28, 2012, for
22
   status conference.  The United States was represented by AUSA Tom Stevens.  Defendant Minks
23
   was represented by Gail Shifman, defendant Conley (who was not present, due to illness) was
24
   represented by Tim Crudo, defendant Mays was represented by Brian Berson, and defendant Mohr
25
   was also represented by Mr. Berson, who was specially appearing for Mohr's counsel, Brendan
26
   Conroy.  The Court set the case for a further status conference on January 16, 2013.
27
        WHEREAS, based upon prior orders of the Court, time has been excluded under the Speedy
28

**STIP. AND [PROPOSED] ORDER RE:  STA**
CR-12-0459 EMC

Case 3:12-cr-00459-EMC   Document 45   Filed 11/29/12   Page 2 of 3

1  Trial Act (18 U.S.C. § 3161) through and including November 28, 2012, for effective preparation
2  of counsel.
3       NOW THEREFOR, based upon the need for counsel for the government and for the
4  defendants effectively to prepare, the parties seek a further exclusion of time under the Speedy Trial
5  Act, through and including January 16, 2013.
6       SO STIPULATED.
7  DATED:  November 28, 2012            MELINDA HAAG
                                        United States Attorney
8
9                                              /s
                                        Thomas E. Stevens
10                                      Assistant United States Attorney
11
   DATED:  November 28, 2012                   /s
12                                      Gail Shifman
                                        Counsel to Myra Minks
13
14 DATED:  November 29, 2012                   /s
                                        Timothy Crudo
15                                      Counsel to Tiffany Conley
16
   DATED:  November 28, 2012                   /s
17                                      Brian Berson
                                        Counsel to Letitia Mays
18
19 DATED:  November 28, 2012                   /s
                                        Brendan Conroy
20                                      Counsel to Andrea Mohr
21
22                           **[PROPOSED] ORDER**
23      Based upon the above stipulation, the Court finds that the time from and including
24 November 28, 2012, to and including January 16, 2013, should be excluded under the Speedy
25 Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the continuance
26 outweigh the best interest of the public and defendants in a speedy trial.  The findings are based
27 upon the need for the defendants and the government to have reasonable time necessary for
28

**STIP. AND [PROPOSED] ORDER RE:  STA**
CR-12-0459 EMC                    2

effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: November 29, 2012



IT IS SO ORDERED

Judge Edward M. Chen