GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA 94108
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
MYRA MINKS

FILED
DEC 21 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MYRA MINKS,<br><br>  Defendant. | Case No. CR 12-0459 EMC(NMC)<br><br>STIPULATION AND [PROPOSED] ORDER |

This matter having come before the Court for hearing before Magistrate Judge Cousins on December 21, 2012, and the Court having stayed the Order Setting Conditions for temporary release pending receipt of Defendant's photo identification, the parties hereby stipulate as follows:

 1. That Defendant's photo identification has been located and will be provided by Pretrial Services to Defendant.

 2. That the stay shall be lifted on December 25, 2012 and

the Order Setting Conditions for Release, entered December 21, 2012, shall be in effect.

Dated: December 21, 2012                    Dated: December 21, 2012


/s/                                         /s/
_____                     _____
GAIL SHIFMAN                                THOMAS STEVENS
Attorney for Defendant                      Assistant U.S. Attorney


[PROPOSED]   ORDER

This matter having come before the Court upon the stipulation of the parties, and the Court being advised,

IT IS ORDERED that the stay shall be lifted and the Order Setting Conditions for Release shall be in effect as of 8:30 a.m. on December 26, 2012. Defendant shall surrender her photo identification to Pretrial Services upon termination of her temporary release. As set forth in the Order Setting Conditions of Release, defendant shall report back to Pretrial Services by 3:00 p.m. on December 26, and then will be returned into custody of the U.S. Marshals.


Dated: December 21, 2012                    _____
                                            UNITED STATES MAGISTRATE JUDGE
                                            Nathanael Cousins


Stipulation & [Proposed] Order                                          2